UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM LEONARD IVY, | No. C 12-2195 YGR (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| DANIEL PARAMO, Acting Warden, | |
| Respondent. | |

Respondent's motion to extend time to file a response to the order to show cause (Docket No. 8) is GRANTED. **Such response shall be filed on or before January 20, 2013.** The Clerk shall terminate Docket No. 8.

**IT IS SO ORDERED.**

DATED: November 6, 2012

**Y**VONNE **G**ONZALEZ **R**OGERS
**U**NITED **S**TATES **D**ISTRICT **C**OURT **J**UDGE