UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEONARD IVY, | No. C 12-02195 YGR (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DANIEL PARAMO, Warden, | |
| Respondent. | |

The action having been dismissed, the Court hereby enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

IT IS SO ORDERED.

DATED: July 26, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.12\Ivy2195.jud.wpd