UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM LEONARD IVY,

    Petitioner,

    v.

DANIEL PARAMO, Warden,

    Respondent.
                             /

No. C 12-02195 YGR (PR)

**JUDGMENT**

The action having been dismissed, the Court hereby enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

IT IS SO ORDERED.

DATED: July 26, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.12\Ivy2195.jud.wpd