IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM LEONARD IVY,
    Petitioner,

v.

DANIEL PARAMO, Warden,
    Respondent.
    /

No. C 12-02195 YGR (PR)

**ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

This matter came before the Court for consideration of Petitioner's *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his 2010 conviction. The petition was denied on its merits. A certificate of appealability was denied in the Order denying the petition. *See* Rules Governing Section 2254 Cases 11(a). The certificate of appealability was denied because "no reasonable jurist would find the denial of his claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Petitioner has filed a motion for leave to proceed *in forma pauperis* on appeal. For the same reason the Court denied Petitioner's request for a certificate of appealability, Petitioner's appeal is not taken in "good faith" and consequently leave to proceed on appeal *in forma pauperis* (Docket No. 24) is DENIED. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

DATED: February 26, 2014

                                YVONNE GONZALEZ ROGERS
                                UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\HC.12\Ivy2195.denyAFP.wpd